ARW:lljs
AO 442 (Rev. 11/11) Arrest Warrant

2023R00246

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

JACKIE RAHM LITTLE
a/k/a Joel Arthur Tueting

Case No.  23-mj-365 (ECW)

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    JACKIE RAHM LITTLE,
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment      ___ Superseding Indictment     ___ Information     ___ Superseding Information   X   Complaint
___ Probation Violation Petition     ___ Supervised Release Violation Petition    ___ Violation Notice    ___ Order of the Court

did maliciously damage or destroy, or attempt to damage or destroy, by means of fire or an explosive, a building or other real or personal property used in interstate or foreign commerce or in any activity affecting interstate or foreign commerce, in violation of Title 18, United States Code, Sections 844(i).

Date: April 27, 2023

*Issuing officer's signature*

City and State:  St. Paul, MN

Elizabeth Cowan Wright
United States Magistrate Judge
*Printed Name and Title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*