2023R00246

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 23-mj-365 ECW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Jackie Rahm Little,
a/k/a Joel Arthur Tueting,

        Defendant.

**FILED UNDER SEAL PURSUANT TO ORDER**

**MOTION TO SEAL**

The United States of America, by its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Manda M. Sertich, Assistant United States Attorney, respectfully submits this motion to file the Complaint and accompanying Affidavit of Special Agent William Fulton under seal.

The United States seeks to seal the Complaint and affidavit because the defendant, Jackie Rahm Little, is not yet in federal custody. Law enforcement officers investigating this case have expressed serious concern that if the Complaint and Affidavit are made public, and Jackie Rahm Little is alerted of his impending arrest on the federal warrant, there is a safety risk to Jackie Rahm Little and law enforcement taking him into federal custody.

Dated: April 27, 2024

Respectfully submitted,

ANDREW M. LUGER
United States Attorney

*/s/ Manda M. Sertich*

BY:    MANDA M. SERTICH
         Assistant U.S. Attorney