2023R00246

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 23-mj-365 (ECW)

UNITED STATES OF AMERICA,

          Plaintiff,

v.

JACKIE RAHM LITTLE,
a/k/a Joel Arthur Tueting,

          Defendant.

**FILED UNDER SEAL
PURSUANT TO ORDER**

**ORDER TO SEAL**

The United States submitted a motion requesting that the Court seal the Complaint and accompanying Affidavit in the above-referenced case until the defendant, JACKIE RAHM LITTLE, is arrested on a federal warrant. The Court determines that good cause exists to allow the request for temporarily sealing.

Accordingly, IT IS HEREBY ORDERED that the United States' motion to seal is GRANTED.

April 27, 2023
Dated

The Honorable Elizabeth Cowan Wright
United States Magistrate Judge