IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL | |
| | ) | BEFORE: ELIZABETH COWAN WRIGHT | |
| Plaintiff, | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | 23-mj-365 ECW |
| | ) | Date: | May 1, 2023 |
| Jackie Rahm Little, | ) | Courthouse: | St. Paul |
| | ) | Courtroom: | 3C |
| Defendant. | ) | Time Commenced: | 9:30 a.m. |
| | ) | Time Concluded: | 9:38 a.m. |
| | ) | Time in Court: | 8 minutes |

APPEARANCES:

Plaintiff: Manda Sertich, Assistant U.S. Attorney
Defendant: Manny Atwal, Assistant Federal Public Defender
      X FPD      X To be appointed

Date Charges Filed: April 27, 2023      Offense: Attempt to damage or destroy property used in interstate or foreign commerce by means of an explosive

    X Advised of Rights

on   X Complaint

X Government moves for detention.
Motion is X granted, temporary detention ordered

Next appearance date is Thursday, May 4, 2023 at 11:00 a.m. before U.S. Magistrate Judge Elizabeth Cowan Wright in St. Paul CR 3C for:
  X Detention hrg    X Preliminary hrg

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

          *s/nah*
        Signature of Courtroom Deputy